**IT IS ORDERED as set forth below:**

**Date: December 29, 2020**

_____

**Jeffery W. Cavender**
**U.S. Bankruptcy Court Judge**

_____

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| IN RE: | CASE NO. 19-53435-jwc |
| BRITTANY PATTERSON,<br>    Debtor. | CHAPTER: 13 |
| PENNYMAC LOAN SERVICES, LLC,<br>    Movant, | JUDGE: HONORABLE JEFFERY W. CAVENDER |
| v. | |
| BRITTANY PATTERSON, Debtor<br>NANCY J. WHALEY, Trustee,<br>    Respondent(s). | CONTESTED MATTER |

CONSENT ORDER ON MOTION FOR RELIEF FROM STAY (#34)

The above styled Motion having been scheduled for a hearing before the Court on **December 8, 2020**, upon Notice of Assignment of Hearing to each of the above-captioned parties in interest, and it appearing to the Court that the parties consent hereto:

FURTHER IT IS HEREBY ORDERED that the Motion for Relief from Stay with respect to 1535 Bramlett Forest Trl, Lawrenceville, Georgia 30045 is denied, as the parties herein agree that the interest of Movant is adequately protected by payment and performance as more particularly set forth hereinafter.

FURTHER ORDERED that the post-petition arrearage through **December 1, 2020**, totals $18,529.97, including three (3) payments of $1,364.55 each and nine (9) payments of $1,489.48, $181.00 for a filing fee and $850.00 in reasonable attorney's fees.

This arrearage shall be paid as follows:

Debtor shall receive a credit of $1,164.29 in suspense. Beginning **January 1, 2021**, Debtor shall resume timely remittance of the regular monthly mortgage payments.  Beginning **January 15, 2021** and continuing on the 15th day of each subsequent month, Debtor shall pay an additional $1,929.52 per month, for **nine (9)** months or until the arrearage is cured.  Payments should be sent to:

PennyMac Loan Services, LLC
PO Box 660929
Dallas, TX 75266-0922
or to such address as may be designated. It is

FURTHER ORDERED that should Debtor(s) default in payment of any sum specified herein, or in any regular monthly mortgage payments which come due according to Movant's Loan Documents **while this Chapter 13 proceeding is pending**,  then upon notice of default sent by first class mail to Debtor(s), attorney for Debtor(s) and the Trustee, and failure of Debtor(s) to cure such default within ten (10) days from the date of receipt of such notice, Movant may file a motion and affidavit of default, with service upon Debtor(s), attorney for Debtor(s) and the Trustee, and the Court may enter an Order modifying the automatic stay, without further notice or hearing.

FURTHER ORDERED that in the event relief from the automatic stay is later granted, the Trustee shall cease funding any balance of Movant's claim, and the provisions of Fed. R. Bank. P. 4001(a)(3) may be waived.

FURTHER ORDERED that upon completion of any foreclosure sale, any funds in excess of the amount due to Movant and to any subordinate lienholder(s) properly entitled to receive proceeds under applicable State Law that would otherwise be payable to the Debtor(s), shall be paid to the Trustee for the benefit of the Estate while the Debtor(s) remains in bankruptcy.

[END OF DOCUMENT]

CONSENTED TO BY:

/s/ *Bryce Noel*
Bryce Noel, Bar No.: 620796
Attorney for Movant
Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305
Phone: (404) 994-7400
Fax: (619) 590-1385
Email: BNoel@aldridgepite.com

/s/ Howard P. Slomka                with express permission
Howard P. Slomka, Bar No. 652875
Attorney for Debtor(s)
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339
HS@ATL.law

NO OPPOSITION:

_/s/ Julie M. Anania_____ with express permission
Julie M. Anania, Bar No. 477064
Attorney for Trustee
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303
ecf@njwtrustee.com
Phone: (678) 992-1201

DISTRIBUTION LIST

Brittany Patterson
1535 Bramlett Forest Trail
Lawrenceville, GA 30045

Howard P. Slomka
Slipakoff & Slomka, PC
Suite 2100
3350 Riverwood Parkway
Atlanta, GA 30339

Nancy J. Whaley
303 Peachtree Center Avenue
Suite 120, Suntrust Garden Plaza
Atlanta, GA 30303

Aldridge Pite, LLP
Fifteen Piedmont Center
3575 Piedmont Road, N.E., Suite 500
Atlanta, GA 30305